UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIMMY RIVERS,

Plaintiff,

-against-

C.O. SKINNER, ET AL.,

Defendants.

25-CV-5455 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

The Court denies Plaintiff's motion for an extension of time to file a notice of appeal as moot. (ECF 7.) Plaintiff's appeal has already been dismissed for his failure to comply with an order from the Court of Appeals regarding the filing fee. (ECF 9) (Mandate Issued Feb. 27, 2026). The Clerk of Court is directed to terminate the motion (ECF 7).

SO ORDERED.

Dated: July 10, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge